# ELECTRONIC RECORD

COA #   05-12-00854-CR                    OFFENSE:  AGGASSLT

STYLE:  Detra Phillips Webster v. The State of Texas          COUNTY:  Dallas

COA DISPOSITION:      AFFIRM              TRIAL COURT:  204th Judicial District Court

DATE: 12/08/2014          Publish: NO    TC CASE #:    F10-60721-Q

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Detra Phillips Webster v. The State of Texas          CCA #:    **263-15**

_____APPELLANT'S_____ Petition           CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE: _____

_____Refused_____,                      JUDGE: _____

DATE: ___05/13/2015___                    SIGNED: _____        PC: _____

JUDGE: ___Per Curiam___                   PUBLISH: _____       DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**